[No. 10320-2-I. Division One. September 27, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TONY A. BOLTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00500-1, Terrence A. Carroll, J., entered May 21, 1981. *Remanded* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.

[No. 9043-7-I. Division One. September 27, 1982.]

SAMUEL E. McCROSKEY, ET AL, *Respondents,* v. ALLIN W. JOHNSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-03282-4, Francis E. Holman, J., entered June 12, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Williams, J.

[No. 9810-1-I. Division One. September 27, 1982.]

PETER ZIMBELMAN, ET AL, *Respondents,* v. KARL J. BRILL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 58571, Jack S. Kurtz, J., entered January 13, 1981. *Affirmed* by unpublished per curiam opinion.